UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JEFFREY D. JOHNSON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>) Case No.: 17-CV-01358-SLP<br>PROGRESSIVE INSURANCE )<br>COMPANY, )<br>)<br>Defendant. ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The following parties to this lawsuit, Plaintiff, Jeffrey D. Johnson, and Real Party Defendant in Interest, Progressive Northern Insurance Company, pursuant to Fed. R. Civ. P. 41, stipulate this case should be dismissed with prejudice. All respective parties to bear their respective attorney fees and costs.

Dated this 16th day of May 2018.

/s Cecil W. Heaton
*(Signed by Filing Attorney With*
*Permission of Attorney)*
Cecil W. Heaton, OBA No. 20502
HEATON LAW FIRM
2 east 11th, Suite 112
Edmond, Oklahoma 73034
Telephone:   405-330-8184
Facsimile:   405-330-8183
Email:   cecilheaton@sbcglobal.net
**ATTORNEYS FOR PLAINTIFF**

/s Brad L. Roberson
Brad L. Roberson, OBA No. 18819
PIGNATO, COOPER, KOLKER & ROBERSON, P.C.
Robinson Renaissance Building
119 North Robinson Avenue, 11th Floor
Oklahoma City, Oklahoma 73102
Telephone:   405-606-3333
Facsimile:   405-606-3334
Email:   brad@pclaw.org
**ATTORNEYS FOR REAL PARTY**
  **DEFENDANT IN INTEREST,**
  **PROGRESSIVE NORTHERN**
  **INSURANCE COMPANY**